UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL W. ELLSWORTH,<br><br>  Petitioner,<br><br>  v.<br><br>STATE OF WASHINGTON,<br><br>  Respondent. | Case No. C08-5397 FDB/KLS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to Petitioner.

DATED this 25th day of July, 2008.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1