1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL W. ELLSWORTH,

Petitioner,

v.

STATE OF WASHINGTON,

Respondent.

Case No. C08-5397 FDB/KLS

ORDER DENYING MOTION FOR
THE APPOINTMENT OF COUNSEL
AND FOR OTHER RELIEF

This 28 U.S.C. § 2254 petition has been assigned to United States Magistrate Judge Karen

L. Strombom pursuant to 28 U.S. C. § 636(b)(1) and Local MJR 3 and 4. Petitioner has filed a

motion for the appointment of counsel, for an extension of time, for an order directing release of his

record, and for a copy of his petition. (Dkt. # 5). Petitioner advises the Court that he suffers from

internal brain damage and a spinal injury and that in the very near future, he will undergo

reconstructive surgery on his spinal column and will be effectively crippled. *Id*.

The court notes that there is no right to have counsel appointed in cases brought under 28

U.S.C. § 2254 unless an evidentiary hearing is required, because the action is civil, not criminal, in

ORDER- 1

1  nature. *See Terravona v. Kincheloe*, 852 F.2d 424, 429 (9th Cir. 1988); *Brown v. Vasquez*, 952 F.2d

2  1164, 1168 (9th Cir. 1992); and Rule 8(c) of the Rules Governing Section 2254 Cases in the United

3  States District Courts.  An evidentiary hearing has not been granted in this case and the claims in the

4  petition are adequately set forth and articulated.  Petitioner has not yet demonstrated that an evidentiary

5  hearing is necessary or that he is entitled to one.

6       If Petitioner needs additional time to prosecute this matter, he should provide the Court with

7  documentation of his medical condition and his upcoming surgery so that the Court may make a

8  determination as to any additional time and/or assistance that may be required in this case.

9       Accordingly, it is **ORDERED**:

10       (1)    Petitioner's motion for counsel and for additional time (Dkt. # 5) are **DENIED without**

11            **prejudice**;

12       (2)    The Clerk shall send a copy of the petition for writ of habeas corpus (Dkt. # 1-2) to

13            Petitioner; and

14       (3)    The Clerk is directed to send copies of this Order to Petitioner.

15

16       DATED this   25th   day of July, 2008.

17

18

19                           Karen L. Strombom
                            United States Magistrate Judge

20

21

22

23

24

25

26

27

28  ORDER- 2