UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL W. ELLSWORTH,

    Petitioner,

v.

JEFF UTTECHT,

    Respondent.

Case No. C08-5397 FDB/KLS

ORDER GRANTING MOTIONS TO AMEND PETITION

Petitioner's motions to amend (Dkts. # 18 and 19) his Petition for Writ of Habeas Corpus to reflect the name of his immediate custodian, the Superintendent of the Washington State Penitentiary, Steve Sinclair, are **GRANTED**.

DATED this 17th day of October, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1