UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL W. ELLSWORTH,

    Petitioner,

  v.

STEVE SINCLAIR,

    Respondent.

Case No. C08-5397 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING WRIT OF HABEAS CORPUS WITH PREJUDICE

The Magistrate Judge recommends this habeas corpus petition be denied and dismissed with prejudice as barred by the statute of limitations, 28 U.S.C. § 2244(d). Petitioner has filed an objection. As detailed by the Magistrate Judge, the one-year statute of limitations has run and the habeas corpus petition is time-barred. Additionally, Petitioner has provided no evidence supporting equitable tolling in this matter. Equitable tolling of the AEDPA's statute of limitations "is justified in few cases", and is permissible only if "extraordinary circumstances beyond a prisoner's control make it impossible to file a petition on time." Spitsyn v. Moore, 345 F.3d 796 (9th Cir. 2003). Petitioner has failed to make this showing.

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and

ORDER - 1

Recommendation of Magistrate Judge Karen L. Strombom, Petitioner's objections, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's writ of habeas corpus [Dkt. #8 and #11] is **DISMISSED WITH PREJUDICE**; and

(3) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and to the Hon. Karen L. Strombom.

DATED this 5th day of January, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

\

ORDER - 2