# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL W. ELLSWORTH

       v.

STEVE SINCLAIR

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5397FDB

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Petitioner's writ of habeas corpus [Dkt #8 and #11] is **DISMISSED WITH PREJUDICE**.

| | |
|---|---|
|   January 6, 2009 |   BRUCE RIFKIN |
| Date | Clerk |
| | |
| |   *s/CM Gonzalez* |
| | Deputy Clerk |